UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

|  |  |
|---|---|
| IN RE: | : CHAPTER 7 |
|  | : |
| THAMES PRINTING CO., INC. | : CASE NO.: 11-22472 (ASD) |
|  | : |
| Debtor | : |

**PETITION FOR AUTHORITY TO EMPLOY
AND APPOINT AN ATTORNEY**

John J. O'Neil, Jr., Trustee in the above entitled matter, respectfully represents:

1. An order for relief under 11 U.S.C. Chapter 7 was entered against Thames Printing Co., Inc. on September 15, 2011 upon a petition filed against said Debtor on August 22, 2011. John J. O'Neil, Jr. was appointed Trustee, qualified under bond and is now acting.

2. The Debtor, Thames Printing Co., Inc. operated a large scale printing business from its offices located at 1 Wisconsin Avenue, Norwich, Connecticut.

3. Review of the records of the Debtor indicate a substantial

number of outstanding accounts receivable, requests for payment of which have been in many instances ignored.

4. The Trustee's investigation has further revealed the existence of a number of transfers made by the Debtor which appear to constitute preferences and/or fraudulent conveyances recoverable by the estate.

5. In addition, the Trustee has discovered the existence of a life insurance policy having a surrender value in excess of $200,000.00. Demand by the Trustee for payment has been refused by Continental Assurance Company, issuer of the policy.

6. It is the opinion of the Trustee that given the scope of the pending matters, it is necessary to retain counsel on general retainer to represent the bankrupt estate.

7. The Trustee wishes to retain on general retainer the Law Offices of Jeffrey Hellman, LLC in connection with the prosecution of actions to recover preferences and fraudulent transfers, collect outstanding account receivables and recover the surrender value of contracts of life insurance.

8. The Law Offices of Jeffrey Hellman, LLC has extensive

experience in the areas of bankruptcy, insolvency, commercial law and litigation. Hourly rates are $400.00 per hour. It is the opinion of the Trustee that the Law Offices of Jeffrey Hellman, LLC are uniquely qualified to provide the bankrupt estate with an expeditious resolution of the matters proposed thereby minimizing costs to the estate and allowing maximum distribution to creditors in a timely fashion.

9. The Law Offices of Jeffrey Hellman, LLC, represents no interest adverse to the Trustee or the Estate in the matters upon which it is to be engaged for your petitioner and its employment would be in the best interest of this Estate.

10. The compensation will based on the firm's regular hourly rates reasonable expenses upon proper application of the court under 11 U.S.C. §§330 and 331 subject to a maximum of 150% of the hourly rate or one-third of the amounts collected whichever is lesser.

WHEREFORE, your Applicant requests that he be authorized to employ the Law Offices of Jeffrey Hellman, LLC as his attorney in this case and that he have such other and further relief as is just.

Dated at Hartford, Connecticut on August 27, 2012.

    /s/ John J. O'Neil, Jr._____
John J. O'Neil, Jr.
255 Main Street
Hartford, CT 06106
Telephone No.: 860-527-3271
Fax No.: 860-527-2584